IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| REPUBICAN NATIONAL COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al.*,<br><br>Defendants. | 2:26-CV-216-Z |

**ORDER**

Before the Court is parties' Joint Motion to Set a Briefing Schedule on Plaintiffs' Motion for Certification. ECF No. 10. Defendants do not oppose Plaintiffs' Motion for Certification (ECF No. 6) but reserve the right to respond. The Court **GRANTS** the parties' Motion to Set a Briefing Schedule. ECF No. 10. Should Defendants exercise their reserved right to respond, the parties are **ORDERED** to comply with the below schedule.

| Action | Date Due |
|---|---|
| Defendants' Response to Plaintiffs' Motion (15 pages maximum) | **Wednesday, December 2, 2026 at 5:00 p.m. CST** |
| Plaintiffs' Reply Brief (5 pages maximum) | **Wednesday, December 23, 2026 at 5:00pm CST** |

**SO ORDERED.**

November 4, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE